# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TAMIKA PATRICE JOHNSON,<br><br>    Plaintiff,<br>v.<br><br>MEDICREDIT, INC.,<br><br>    Defendant. | Case No. 1:17-cv-06185<br><br>Honorable Judge Joan H. Lefkow |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, TAMIKA PATRICE JOHNSON, and the Defendant, MEDICREDIT, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice, against MEDICREDIT, INC, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: May 11, 2018                                      Respectfully Submitted,

**TAMIKA PATRICE JOHNSON**                **MEDICREDIT, INC.,**

/s/ Nathan C. Volheim                                    /s/ Ryan C. Hardy (*with consent*)
Nathan C. Volheim                                         Ryan C. Hardy
*Counsel for Plaintiff*                                     *Counsel for Defendant*
Sulaiman Law Group, LTD                          Spencer Fane, LLP
2500 S. Highland Avenue, Suite 200        1 North Brentwood Blvd., Suite 1100
Lombard, Illinois 60148                               St. Louis, MO 63105
Phone: (630) 575-8181                                Phone: (314) 863-7733
Fax :( 630) 575-8188                                   rhardy@spencerfane.com
nvolheim@sulaimanlaw.com