**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1**
**Eastern Division**

Tamika Patrice Johnson
                              Plaintiff,

v.                                      Case No.: 1:17−cv−06185
                                              Honorable Joan H. Lefkow

Medicredit, Inc.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 17, 2018:

      MINUTE entry before the Honorable Joan H. Lefkow:Status hearing of 5/22/2018 stricken. Case dismissed pursuant to Agreed Stipulation of Dismissal With Prejudice. Civil case terminated. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.